UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHARLES ANTHONY BROOKS,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>KEVIN ALLEN, and<br>SAN MATEO COUNTY SUPERIOR COURT,<br><br>　　　　Respondents. | No. C 14-4664 RS (PR)<br><br>**ORDER OF DISMISSAL** |

This is a federal habeas corpus action filed pursuant to 28 U.S.C. § 2254 by a state prisoner proceeding pro se.  Petitioner has failed to comply with the Court's order to (1) perfect his application to proceed *in forma pauperis* ("IFP"), or (2) pay the filing fee of $5.00.  His IFP application lacks two necessary documents:  a Certificate of Funds signed by an authorized prison officer, and a prison trust account statement showing transactions for the last six months.  Accordingly, this habeas action is DISMISSED without prejudice for failure to respond to the Court's order and for failure to prosecute under Federal Rule of Civil Procedure 41(b).  Because this dismissal is without prejudice, petitioner may move to reopen the action.  Any motion to reopen **must** contain (1) the missing documents described above, **or** (2) full payment for the filing fee.  The Clerk shall enter judgment in favor of respondents and close the file.

**IT IS SO ORDERED**.

DATED:  December 8, 2014

　　　　　　　　　　　　　　　　　　　　　RICHARD SEEBORG
　　　　　　　　　　　　　　　　　　　　　United States District Judge